IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO BROWN,

    Plaintiff,                      No. 2:10-cv-1148 KJN P

    vs.

INTERNAL AFFAIRS,

    Defendant.                 <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

////

1  In this case, none of the defendants reside in this district.  It appears that the claim
2  arose in either Santa Barbara or Lancaster, both of which are in the Central District of California.
3  Therefore, plaintiff's claim should have been filed in the United States District Court for the
4  Central District of California.  In the interest of justice, a federal court may transfer a complaint
5  filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire,
6  512 F.2d 918, 932 (D.C. Cir. 1974).

7  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
8  United States District Court for the Central District of California.

9  DATED:  May 13, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

brow1148.21